IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

| | |
|---|---|
| **KENNETH WILSON,** | ] |
| **Plaintiff** | ] |
| v. | ] |
| | ]   CASE NO. 3:20-CV-00645-DJN |
| **GORDON J. PAINTER,** | ] |
| **Defendant.** | ] |

## STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE

The plaintiff, Kenneth Wilson ("Plaintiff"), by and through undersigned counsel, hereby notices this Honorable Court of the following Stipulation of Voluntary Dismissal with Prejudice.

1. The parties stipulate that this action was originally filed in Chesterfield County Circuit Court, and was timely removed to Federal Court.

2. The parties hereby stipulate that they have resolved all matters in controversy.

3. All parties join in this Stipulation of Voluntary Dismissal with Prejudice, and request that this matter be dismissed with prejudice and placed among the ended causes.

**[endorsement of counsel follows]**

Dated: February 17, 2022

Respectfully submitted,


By: */s/*_____
Ericka M. Battle, Esquire, VSB #86459
COATES & DAVENPORT, P.C.
5206 Markel Road, Suite 200
Richmond, VA  23230
(804) 285-7000
(804) 285-2849 fax
e.battle@coateslaw.com
*Counsel for Plaintiff*


*/s/*_____
Thomas F. Coates, III, Esquire, VSB #01176
COATES & DAVENPORT, P.C.
5206 Markel Road, Suite 200
Richmond, VA  23230
(804) 285-7000
(804) 285-2849 fax
tcoates@coateslaw.com
*Counsel for Plaintiff*

*/s/*_____
Julie A. C. Seyfarth, Esquire (VSB #46207)
Deputy County Attorney
P.O. Box 40
Chesterfield, Virginia 23832
seyfarth@chesterfield.gov
*Counsel for Defendant*

*/s/*_____
Andrew Fulwider, Esquire (VSB #83905)
Assistant County Attorney
P.O. Box 40
Chesterfield, Virginia 23832
fulwidera@chesterfield.gov
*Counsel for Defendant*

## **Certificate of Service**

I hereby certify that on the 17th day of February, 2022, I will electronically file the foregoing with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing to all counsel of record.

By: */s/*_____
Ericka M. Battle, Esquire, VSB #86459
COATES & DAVENPORT, P.C.
5206 Markel Road, Suite 200
Richmond, VA  23230
(804) 285-7000
(804) 285-2849 fax
e.battle@coateslaw.com
*Counsel for Plaintiff*

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

| | |
|---|---|
| **KENNETH WILSON,** ] | |
| ] | |
| **Plaintiff** ] | |
| ] | |
| v. ] | |
| ] | **CASE NO. 3:20-CV-00645-DJN** |
| ] | |
| **GORDON J. PAINTER,** ] | |
| ] | |
| **Defendant.** ] | |

## ORDER

Upon consideration of Plaintiff's Stipulation of Voluntary Dismissal with Prejudice and the entire record herein, it is hereby,

**ORDERED** that Plaintiff's Amended Complaint is Dismissed Agreed with prejudice.

**SO ORDERED**.

_____
United States District Judge